# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNLIMITED LIGHTING, L.C. and JEANNIE EVERLY,<br><br>      Plaintiffs,<br><br>vs.<br><br>EAST BUCHANAN COMMUNITY SCHOOLS and DALE E. GREIMANN,<br><br>      Defendants. | No. 06-CV-2007-LRR<br><br>**ORDER** |

_____

Before the court is Plaintiffs' Dismissal without Prejudice (docket no. 28). Plaintiffs seek to dismiss their Application for Preliminary Injunction ("Application") and Complaint without prejudice. Defendants have not filed a resistance, and the time for filing a resistance has expired.

Federal Rule of Civil Procedure 41(a)(1) grants a plaintiff the right to voluntarily dismiss her civil action, so long as the defendant has not filed an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1); *see also* Local Rule 41.1(a)(1). Defendants have not filed an answer or a motion for summary judgment. Therefore, Plaintiffs' action is dismissed without prejudice. Fed. R. Civ. P. 41(a)(1). The court has already denied Plaintiffs' Application with prejudice.

    **IT IS THEREFORE ORDERED THAT:**
    (1) Plaintiffs' Complaint is **DISMISSED** without prejudice;
    (2) All costs of this action are assessed against Plaintiffs; and
    (3) The Clerk of Court is directed to enter judgment accordingly.

**SO ORDERED.**

**DATED** this 31st day of March, 2006.

LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA